IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRANK S. WALKER, M.D., | § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. 2:17-cv-00066 |
| MEMORIAL HEALTH SYSTEM OF EAST TEXAS D/B/A CHI ST. LUKE'S HEALTH MEMORIAL HOSPITAL LUFKIN, DAVID BAILEY, M.D., AND HUNT HUBER, M.D., | § § § § § § § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants Memorial Health System of East Texas d/b/a CHI St. Luke's Health Memorial Hospital, David Bailey, M.D., and Hunt Huber, M.D (collectively, "Lufkin Defendants") in the above-named case hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order Denying the Motion for Reconsideration and Dissolution of the Preliminary Injunction (Dkt. Nos. 16, 64) entered in this action on the 20th day of June, 2017.  The Lufkin Defendants do not appeal the portion of this Order addressing the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Respectfully submitted,

KROGER | BURRUS

BY: _____
    E. Dale Burrus
     State Bar No.: 24012120
     Federal Bar No.: 30517
     Kaitlyn E. Tucker
     State Bar No.: 24100001
3100 Weslayan, Suite 300
Houston, Texas 77027
713-961-7952 Telephone
713-961-7953 Facsimile
burrus@krogerlaw.com
tucker@krogerlaw.com

Michael C. Smith
Siebman, Burg, Phillips & Smith LLP
113 East Austin Street
PO Box 1556
Marshall, TX 75671
michaelcsmith@siebman.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

Pursuant to the Local Rules, there are only "meet and confer" and certificate of conference requirements on certain motions. As this is a Notice, there is no meet and confer requirement.

_/s/ E. Dale Burrus_
E. Dale Burrus

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2017, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

_Attorneys for Plaintiff_:

| | |
|---|---|
| Laura Reilly O'Hara<br>Chase Potter<br>Strasburger & Price, LLP<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>Laura.ohara@strasburger.com | _Via CM/ECF_ |
| Charles "Scott" Nichols<br>Strasburger & Price, LLP<br>909 Fannin Street, Suite 2300<br>Houston, TX 77010<br>Scott.nichols@strasburger.com | _Via CM/ECF_ |
| Russell C. Brown<br>Russell C. Brown, PC<br>300 West Main Street<br>PO Box 1780<br>Henderson, TX 75653<br>Russell@rcbrownlaw.com | _Via CM/ECF_ |

J. Mark Mann                                          *Via CM/ECF*
The Mann Firm
300 West Main Street
Henderson , TX 75652
Mark@themannfirm.com


                                                                               E. Dale Burrus